# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

KATRINA RAMON,

V.                       SUMMONS IN A CIVIL CASE

MONARCH RECOVERY MANAGEMENT, INC.,

CASE NO: 2:16-CV-00404-JAM-CKD

TO: **Monarch Recovery Management, Inc.**
Defendant's Address:

         Monarch Recovery Management, Inc.
         10965 Decatur Road,
         Philadelphia, Pennsylvania 19154.

**YOU ARE HEREBY SUMMONED** and required to serve on

**Annick Marie Persinger
Bursor & Fisher, P.A.
1990 N. California Blvd, Suite 940
Walnut Creek, CA 94596**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARIANNE MATHERLY**
_____
CLERK

/s/ R. Becknal
_____

(By) DEPUTY CLERK



ISSUED ON 2016-02-25 09:40:17.0, Clerk
USDC EDCA

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE 3/03/2016 @ 11:55 AM |
|---|---|
| NAME OF SERVER *(PRINT)* Gerard C. Menichini | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summos and Complaint served on: Valbona Kambo, Legal Assistant @ 10965 Decatur Road, Philadelphia, PA 19154

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/03/2016
              Date

*Signature of Server*
First Legal Network-National
3600 Lime Street, Ste. 626, Riverside, CA 92501
*Address of Server*