1  ROBERT J. ROMERO (SBN 136539)
   EDWARD F. DONOHUE (SBN 112730)
2  RENEE CHOY OHLENDORF (SBN 263939)
   HINSHAW & CULBERTSON LLP
3  One California Street, 18th Floor
   San Francisco, CA 94111
4  Telephone:  415-362-6000
   Facsimile:  415-834-9070
5
   Attorneys for Defendant
6  MONARCH RECOVERY MANAGEMENT, INC.

7

8                  **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10                     **SACRAMENTO DIVISION**

11  KATRINA RAMON, on Behalf of          ) Case No. 2:16-CV-00404-JAM-CKD
    Herself and all Others Similarly Situated, )
12                                       ) **INITIAL STIPULATION TO**
                  Plaintiff,             ) **EXTEND TIME FOR DEFENDANT**
13                                       ) **MONARCH RECOVERY**
           vs.                           ) **MANAGEMENT, INC. TO**
14                                       ) **RESPOND TO COMPLAINT**
    MONARCH RECOVERY                     )
15  MANAGEMENT, INC.,                    ) Complaint Filed:  February 24, 2016
                                         )
16                Defendants.            )

17

18        **TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR**

19  **ATTORNEYS OF RECORD:**

20        Plaintiff KATRINA RAMON and Defendant MONARCH RECOVERY

21  MANAGEMENT, INC. ("Defendant" or "Monarch"), by and through their respective

22  attorneys of record, and pursuant to F.R.C.P. 6(b) and Local Rule 144(a), do hereby

23  agree and stipulate as follows:

24        **WHEREAS**, Plaintiff filed the Complaint in the above-captioned lawsuit on

25  February 24, 2016;

26        **WHEREAS**, Plaintiff served the Summons and Complaint on Defendant on

27  March 3, 2016;

28        **WHEREAS**, Defendant was to answer or otherwise plead on or before March

24, 2016;

**WHEREAS**, defense counsel was recently retained and requires additional time to investigate Plaintiff's claims and Monarch's defenses thereto, and answer or otherwise respond on behalf of Monarch.  This extension will not affect any pending court dates or deadlines, nor will it prejudice any party herein;

**THEREFORE, IT IS STIPULATED** that Defendant MONARCH RECOVERY MANAGEMENT, INC. is hereby granted an extension of time of forty-six (46) days within which to answer or otherwise respond to Plaintiff's Complaint, or up to and including May 9, 2016.

Dated:  April 11, 2016                                    HINSHAW & CULBERTSON LLP


By: /s/ *Renee Choy Ohlendorf*
ROBERT J. ROMERO
EDWARD F. DONOHUE
RENEE CHOY OHLENDORF
Attorneys for Defendant
MONARCH RECOVERY
MANAGEMENT, INC.


Dated:  April 11, 2016                                    BURSOR & FISHER, P.A.


/s/ *Annick Marie Persinger*
By:   ANNICK MARIE PERSINGER
Attorneys for Plalintiff
KATRINA RAMON

**IT IS SO ORDERED.**

Dated:  4/11/2016


/s/ John A. Mendez
John A. Mendez
U. S. District Court Judge

2

## **CERTIFICATE OF SERVICE**

### *Ramon v. Monarch Recovery Management, Inc.*
### *USDC/ED, Case No. 2:16-cv-00404-JAM-CKD*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:
I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, California 94111.

On April 11, 2016, I served the document(s) entitled, Initial Stipulation to Extend Time for Defendant Monarch Recovery Management, Inc. to Respond to Complaint on the interested parties in this action by placing trust copies thereof enclosed in a sealed envelope(s) addressed as stated below:

☒ **(BY MAIL)**:    I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Scott A. Bursor<br>Bursor & Fisher, P.A.<br>888 Seventh Avenue<br>New York, NY 10019 | ***Attorney for Plaintiff***<br>Tel:    (212) 989-9113<br>Fax:    (212) 989-9163<br>scott@bursor.com |

☒ **(BY CM/ECF SERVICE)**:    I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

| | |
|---|---|
| L. Timothy Fisher<br>Annick M. Persinger<br>Yeremey O. Krivoshey<br>Bursor & Fisher, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596 | ***Attorneys for Plaintiff***<br><br>Tel:    (925) 330-4455<br>Fax:    (925) 407-2700<br><br>ltfisher@bursor.com<br>apersinger@bursor.com<br>ykrivoshey@bursor.com |

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on April 11, 2016, at San Francisco, California.

Executed on April 11, 2016, at San Francisco, California.

/s/ *Nancy Fox*
Nancy Fox

INITIAL STIPULATION TO EXTEND TIME FOR DEFENDANT MONARCH RECOVERY
MANAGEMENT, INC. TO RESPOND TO COMPLAINT

3497948v1 2009