**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
            apersinger@bursor.com
            ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA RAMON, on Behalf of Herself and all Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>MONARCH RECOVERY MANAGEMENT, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.  2:16-CV-00404-JAM-CKD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Katrina Ramon ("Plaintiff"), and Monarch Recovery Management, Inc. ("Defendant"), the parties to the above-entitled action, HEREBY STIPULATE AND AGREE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses all claims in this action against Defendant with prejudice, each party to bear its own fees and costs.

Dated: November 1, 2016   Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   /s/ Annick M. Persinger
          Annick M. Persinger

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com
          apersinger@bursor.com
          ykrivoshey@bursor.com

*Attorneys for Plaintiff*

Dated: November 1, 2016   Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

By:   /s/ Renee Choy Ohlendorf
          Renee Choy Ohlendorf

Attorneys for Defendant
Monarch Recovery Management, Inc.

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE   1
CASE NO. 2:16-CV-00404-JAM-CKD